# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH M. LUNDQUIST, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV414-156<br>) |
| EFFINGMAM COUNTY, JIMMIE<br>McDUFFIE, RICHARD BUSH, and<br>BRIAN BARRS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this __18__ day of __December__, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA