# United States District Court
## *Southern District of Georgia*

KENNETH M. LUNDQUIST

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV414-156

EFFINGMAM COUNTY, JIMMIE
McDUFFIE, RICHARD BUSH, and
BRIAN BARRS,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 18, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case. This action stands closed.



December 18, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk